Exhibit "B"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 16-33218 |
| | Chapter 7 |
| Alexander Bunn | |
| Michelle Bunn, | |
| | Judge ${JUDGENAME} |
| __Debtor__ | |

**AFFIDAVIT OF TRACEY BITONTI IN SUPPORT OF APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND IRONGATE INC., REALTORS TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327, 328 AND 330**

STATE OF OHIO )
)
COUNTY OF Montgomery )

SS:

Tracey Bitonti, being duly sworn, says:

1. I am a real estate agent duly licensed by the State of Ohio.

2. I am an agent of Irongate Inc., Realtors with the office located at 4461 Far Hills Ave, Dayton, OH 45429("Listing Agent").

3. I am familiar with the Application to Retain Irongate Inc., Realtors, filed by the Trustee ("Application") and the property described therein.

4. I believe that I am experienced and qualified to represent the Trustee in connection with the marketing and sale of the real property located at 332 Kling Drive, Dayton, OH 45419 (the "Property").

5. Irongate Inc., Realtors has agreed to accept employment pursuant to the terms and conditions set forth in the Application and the proposed commission structure. Based upon my experience and knowledge of the real estate market, I believe that the commission structure propose to be paid to Listing Agent does not exceed customary commissions in the applicable geographical area and are reasonable for the type of employment proposed.

6. Neither I nor any member of Irongate Inc., Realtors hold or represent any interest adverse to the estate with respect to the matters for which we are to be employed and we are disinterested persons within the meaning of 11 U.S.C. § 101(14), as required by § 327(a).

2

7. To the best of my information and belief, neither I nor the other members of this firm have any connection with the Debtor, its creditors, or any other party in interest or their respective attorneys or accountants, the U. S. Trustee, or any person employed in the office of the U.S. Trustee, as required by Rule 2014 of the Federal Rules of Bankruptcy Procedure. To the best of my knowledge: (a) neither Irongate Inc., Realtors nor any of its employees has any connection with the Debtor, any insiders or affiliates of Debtor, any creditors in this case, the Chapter 7 Trustee, the Office of the United States Trustee, or any employees thereof or any party in interest herein and I am not an officer or employee of the Judicial Branch of the United States or of the United States Department of Justice; (b) Irongate Inc., Realtors and each of its employees are "disinterested persons," as that term is defined in Section 101(14) of the Bankruptcy Code; and (c) neither Irongate Inc., Realtors nor any of its employees hold or represent an interest adverse to the Debtor's estate.

8. I represent no interest adverse to the Debtor or its estate in the matters upon which I am to be engaged.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Tracey Bitonti
of Irongate Inc., Realtors

The foregoing instrument was swom to and subscribed before me this 31st day of January, 2017.

_____
Notary Public, State of Ohio

_____
Type, Stamp, or Print Name as Commissioned

KARREN L. BERNHARDT, Notary Public
In and For the State of Ohio
My Commission Expires: Mar. 1, 2020

3